UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY KILANO, on behalf of all others similarly situated,

                Plaintiff,

– against –

CMSG Restaurant Group, LLC d/b/a LARRY FLYNT'S HUSTLER CLUB, ANTHONY F. GRANT, MICHAEL A. GRANT, JOSEPH A. SULLO AND JASON MOHNEY,

                Defendants.

**ORDER**

15 Civ. 1181 (ER)

RAMOS, D.J.:

      On February 18, 2015, Iolanda Rodriguez brought suit against CMSG Restaurant Group, LLC d/b/a Larry Flynt's Hustler Club, Anthony F. Grant, Michael A. Grant, Joseph A. Sullo and Jason Mohney (collectively, "Defendants") for violations of the Fair Labor Standards Act and the New York Labor Law.  Doc. 1.  On February 24, 2015, Rodriguez filed the first amended complaint adding Kimberly Kilano as a named plaintiff.  Doc. 3.  On February 25, 2015, the Court entered a notice of voluntary dismissal dismissing Rodriguez's claims without prejudice.  Doc. 6.  On March 27, 2015, Kilano filed the second amended complaint.  Doc. 14.  On May 19, 2015, the parties agreed by stipulation to select an arbitrator and to provide the Court with a status update within thirty days if they had not moved to appoint an arbitrator or agreed to dismiss the case.  Doc. 34.  On June 24, 2015, the Court granted the parties' request for an additional thirty days to move the Court to appoint an arbitrator, dismiss the action, or provide the Court with a status update.  Doc. 42.  Since then, there has been no communication with the Court.

2

Accordingly, the Court directs the parties to submit a joint status report on the status of the arbitration by July 17, 2020. Failure to report to the Court will result in dismissal.

It is SO ORDERED.

Dated: July 13, 2020
        New York, New York

                                          EDGARDO RAMOS, U.S.D.J.